**Order filed May 11, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00713-CV
_____

**HENRY TOWNSEND AND GOLDIE SMITH, Appellants**

**V.**

**ATLAS 13 NORTHWEST MEDICAL, LP, Appellee**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2016-35237**

## O R D E R

Appellants' brief was due May 5, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **June 4, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Christopher, Wise, and Hasan.